# United States District Court
# Northern District of California



## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**
USA v. SAEID MOHABAT

**Case Number:** CR 12 872 EMC

**Total Number of Defendants:**
1 ✓    2-7 ____    8 or more ____

**Is This Case Under Seal?**
Yes ____    No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ____    No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓    OAK ____    SJ ____

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ____    No ✓

**Assigned AUSA (Lead Attorney):**
ELISE BECKER

**Comments:**

**Date Submitted:**
DECEMBER 11, 2012

December 2011

PRINT