IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAEID MOHABAT,<br><br>　　　　　Defendant. | No. CR 12-00872-001 EMC<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING HEARING**<br><br>**Hearing Date**: February 5, 2014<br><br>**Proposed Hearing Date**: March 5, 2014<br><br>**Hearing Time**: 2:30 p.m. |

　　　The above-entitled matter is currently scheduled for sentencing on Wednesday, February 5, 2014 at 2:30 p.m.

　　　Counsel for the defendant represents in this stipulated order that he is unavailable for that appearance because of work-related meetings in Washington, D.C. The defense accordingly requests that the matter be continued until Wednesday, March 5, 2014 at 2:30 p.m. Defense counsel has confirmed that Probation Officer Spitalieri, the officer assigned to the presentence report, is available on that date.

//

//

*Mohabat,* CR 12-00872 EMC
STIP. ORD. CONT. SENT.

1     The government has no objection to this proposed continuance.

2     Therefore, for good cause shown the sentencing hearing currently scheduled on February

3 5, 2014 shall be vacated. The matter shall be scheduled on the Court's calendar on Wednesday,

4 March 5, 2014 at 2:30 p.m. for sentencing.

5     IT IS SO STIPULATED.

6

7

8     <u>January 22, 2014</u>                                  _____/s_____
    DATED                                                   ELISE BECKER

9                                                                  Assistant United States Attorney

10                                                              MELINDA L. HAAG

11                                                              United States Attorney
                                                             Northern District of California

12

13

14     <u>January 22, 2014</u>                                _____/s_____
    DATED                                                     STEVEN G. KALAR

15                                                              Federal Public Defender

16                                                              Northern District of California

17

18

19

20     IT IS SO ORDERED.

21

22    January 24, 2014

23    _____
    DATED

24

25                                                              GRANTED — Judge Edward M. Chen

26

27

28

*Mohabat*, CR 12-00872 EMC
STIP. ORD. CONT. SENT.